IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBIN CRAFT,**

      **Plaintiff,**

  v.                                       **Civil Action 2:16-cv-673**
                                                            **Chief Judge Edmund A. Sargus, Jr.**
                                                            **Magistrate Judge Jolson**

**THE PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA,**

      **Defendant.**

## ORDER

      This matter is before the Court on the parties' Joint and Agreed Motion to File the Administrative Record Under Seal.  (Doc. 14).  The parties explain that "[t]he administrative record in this case consists largely of Plaintiff's medical records and other confidential information relating to Plaintiff that should not be of public record and includes information for which burdensome redaction would be required under Rule 5.2 if not filed under seal."  (*Id.* at 2).  Accordingly, for good cause shown, the parties' Motion to file under seal is GRANTED.

      IT IS SO ORDERED.

Date:  March 10, 2017                                             /s/ Kimberly A. Jolson
                                                                            KIMBERLY A. JOLSON
                                                                            UNITED STATES MAGISTRATE JUDGE