IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBIN CRAFT,

      Plaintiff,

   v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

Civil Action 2:16-cv-673
Chief Judge Edmund A. Sargus, Jr.,
Magistrate Judge Jolson

## ORDER

This matter is before the Court on the parties' Joint Notice of Settlement and Request to Stay. (Doc. 21). The parties represent they have reached a settlement in principle and anticipate filing a notice of settlement and joint stipulation of dismissal within sixty (60) days. Accordingly, the parties request that the Court stay the case deadlines set in its January 5, 2017 Order (Doc. 12), pending finalization of the settlement. For good cause shown, the request to stay the case schedule (Doc. 21) for sixty-days is **GRANTED**. The Court will hold a status conference on July 31, 2017 at 10:30 a.m., to discuss the status of the settlement discussions and case schedule moving forward, unless the dismissal entry is received prior to that time.

    IT IS SO ORDERED.


Date: June 1, 2017                                  /s/ Kimberly A. Jolson
                                                                KIMBERLY A. JOLSON
                                                                UNITED STATES MAGISTRATE JUDGE